**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 98-7524

———————

IRVING D. CHAPPELL,

Petitioner - Appellant,

versus

NORTH CAROLINA ATTORNEY GENERAL; STEVEN
MULLER; MICHAEL EASLEY,

Respondents - Appellees.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Russell A. Eliason, Magistrate Judge. (CA-98-154-1)

———————

Submitted: March 11, 1999          Decided: March 16, 1999

———————

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Irving D. Chappell, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Irving D. Chappell seeks to appeal the magistrate judge's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. See Chappell v. North Carolina Attorney General, No. CA-98-154-1 (M.D.N.C. Sept. 28, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED